AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

TANEIKE Y. CAMPBELL,

      Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC.,
BRIAN CHARLES BOWERS, MARK J. PATIN
AND JOHN DOES 1-4,

      Defendants.

_____/

**13-60517-CIV-COHN/SELTZER**

**SUMMONS IN A CIVIL ACTION**

To:

FINANCIAL RECOVERY SERVICE, INC.
C/o its registered agent
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FLORIDA 33324

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald A. Yarbrough
Post Office Box 11842
Fort Lauderdale, FL 33339

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:   **MARCH 5, 2013**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

TANEIKE Y. CAMPBELL,

     Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC.,
BRIAN CHARLES BOWERS, MARK J. PATIN
AND JOHN DOES 1-4,

     Defendants.

_____/

**13-60517-CIV-COHN/SELTZER**

## SUMMONS IN A CIVIL ACTION

To:

Brian Charles Bowers
5596 McMahon Lane
Prior Lake, Minnesota 55372

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald A. Yarbrough
Post Office Box 11842
Fort Lauderdale, FL 33339

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **MARCH 5, 2013**



**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

TANEIKE Y. CAMPBELL,

       Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC.,
BRIAN CHARLES BOWERS, MARK J. PATIN
AND JOHN DOES 1-4,

       Defendants.

_____/

**13-60517-CIV-COHN/SELTZER**

### SUMMONS IN A CIVIL ACTION

To:

Mark J. Patin
13653 60 Street S.
Afton, Minnesota 55001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald A. Yarbrough
Post Office Box 11842
Fort Lauderdale, FL 33339

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:   **MARCH 5, 2013**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts