UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-60517-CIV-COHN/SELTZER

TANEIKE Y. CAMPBELL,

    Plaintiff,

vs.

FINANCIAL RECOVERY SERVICES, INC.,
et al.,

    Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal with Prejudice [DE 33]. Because the parties have dismissed this action with prejudice, the Clerk of Court is hereby directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of October, 2013.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.